ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| 730 I STREET INVESTORS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00040-JAM-CKD<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR PARTIES TO JOINTLY FILE STATEMENT ON APPRAISAL** |

The Court, having considered the parties' Stipulation to Extend Time to Complete the Appraisal Process, and good cause appearing, enters the following order:

The parties shall have up to and including August 22, 2019, in which to jointly file a statement with the Court setting forth (1) the date upon which the parties completed the appraisal process and (2) the resulting calculation of the value of the building and the amount of loss.

/ / /

/ / /

/ / /

2003842.1 04879-007

---

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR PARTIES TO
JOINTLY FILE STATEMENT ON APPRAISAL

This action remains STAYED until further order of this Court.

DATED: May 15, 2019

                                      /s/ John A. Mendez
                                      The Honorable John A. Mendez
                                      United States District Court Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

2003842.1 04879-007