ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| 730 I STREET INVESTORS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00040-JAM-CKD<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR PARTIES TO JOINTLY FILE STATEMENT ON APPRAISAL** |

The Court, having considered the parties' Stipulation to Extend Time to Complete the Appraisal Process, and good cause appearing, enters the following order:

The parties shall have up to and including January 17, 2020, in which to jointly file a statement with the Court setting forth (1) the date upon which the parties completed the appraisal process and (2) the resulting calculation of the value of the building and the amount of loss.

2003842.2 04879-007

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR PARTIES TO JOINTLY FILE STATEMENT ON APPRAISAL

This action remains STAYED until further order of this Court.

DATED: October 18, 2019

                                                /s/ John A. Mendez
                                                The Honorable John A. Mendez
                                                United States District Court Judge

**ANDERSON, McPHARLIN & CONNERS LLP**
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

2003842.2 04879-007

2

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR PARTIES TO
JOINTLY FILE STATEMENT ON APPRAISAL