ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| 730 I STREET INVESTORS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00040-JAM-CKD<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

///
///
///

Pursuant to the Stipulation for Dismissal of Entire Action with Prejudice by and between the parties to this action through their designated counsel, the above-captioned action is hereby dismissed, in its entirety, **with prejudice,** pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear its own fees and costs with respect to this litigation.

**IT IS SO ORDERED.**

DATED:  July 17, 2020

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge